# United States Bankruptcy Court
### District of Maryland

In re  **Dorsey Management, LLC t/a Stonefish Grill**  
Debtor(s)

Case No.  **09-27444**  
Chapter  **11**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 25, 2009**, a copy of **Amended schedules B, D, F, Amended Creditor matrix, Amended Verification of creditors matrix & Notice pursuant to Local Rule 1009-1 to Arun Luthar c/o Stonefish Grill, LLC, 8500 Annapolis Road, Hyattsville, MD 20784 and Keith A Dorsey, 3634 Highwood Drive SE, Washington, DC 20020**  was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Attached creditor matrix**

**/s/ Marc A. Ominsky**  
**Marc A. Ominsky**  
**Sirody Freiman & Feldman**  
**1777 Reisterstown Road**  
**Suite 360 E**  
**Baltimore, MD 21208**  
**410-415-0445 Fax:410-415-0744**  
**afreiman@sfflegal.com**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 09-27444<br>District of Maryland<br>Greenbelt<br>Wed Nov 25 11:52:29 EST 2009 | Capital Centre, LLC<br>c/o Matthew G. Summers, Esq.<br>Ballard Spahr LLP<br>300 E. Lombard St., 18th Floor<br>Baltimore, MD 21202-3219 | Dorsey Management, LLC t/a Stonefish Grill<br>880G Capital Centre Blvd<br>Upper Marlboro, MD 20774-4819 |
| Arun Luthar<br>8500 Annapolis Road<br>Hyattsville, MD 20784-3014 | Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30326-3235 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Michelle M. McGeogh, Esquire<br>300 E. Lombard Street, 18th Floor<br>Baltimore, MD 21202-3219 | Prince George's County<br>Treasurer Division<br>Room 1090<br>Upper Marlboro, MD 20772 |
| Prince Georges County, Maryland<br>c/o Meyers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale Park, Maryland 20737-1331 | Secretary of the Treasury<br>15th and Pennsylvania Ave., N.W.<br>Washington, DC 20220-0001 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2201 |
| U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201-3020 | US Trustee - Greenbelt<br>W. Clarkson McDow, Jr., United States Tr<br>6305 Ivy Lane<br>Suite 600<br>Greenbelt, MD 20770-6305 | Jeffrey M. Sirody<br>Sirody, Freiman & Feldman<br>1777 Reisterstown Road<br>Suite 360 E<br>Baltimore, MD 21208-1306 |
| Marc A. Ominsky<br>Sirody, Frieman & Feldman<br>1777 Reisterstown Road<br>Suite 360 E<br>Baltimore, MD 21208-1306 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Section
PO Box 21126 (DP-N-781)
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)No Trustee Assigned | (u)Capital Centre, LLC<br>Invalid Address Provided | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     2<br>Total                  17 |