# United States Bankruptcy Court
## District of Maryland

In re  **Dorsey Management, LLC t/a Stonefish Grill**                              Case No.   **09-27444**
                                      Debtor(s)                                     Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 25, 2009**                       **/s/ Keith A. Dorsey**
                                                    **Keith A. Dorsey**/**Owner**
                                                    Signer/Title

```
Arun Luthar c/o Stonefish Grill LLC
8500 Annapolis Road
Hyattsville, MD 20784


Keith A Dorsey
3634 Highwood Drive SE
Washington, DC 20020
```