UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| IN RE | * | |
| Dorsey Management, LLC<br>T/A Stonefish Grill | * | Case No: 09-27444 |
| Debtor | * | Chapter 11 to Chapter 7 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

Now comes the Comptroller of Maryland ("Comptroller"), and moves for allowance of unpaid taxes as an administrative expense. This motion is filed pursuant to 11 U.S.C. §§ 503(b) and Local Rule 2070-1. This request is in addition to any claim previously filed for pre-petition taxes.

1. Debtor failed to file tax returns for certain post-petition periods and the Comptroller has estimated the liability based on the Debtor's prior filings.

2. For details, please see the attached claim.

**WHEREFORE,** the Comptroller requests:

a. That this Honorable Court grant its Motion for Allowance of Administrative Expenses; and

    b. For such other and further relief as may be appropriate.

        Respectfully submitted,

        /s/
_____
Kimberly B. Stephens, Bar No. 28572
Compliance Division – Room 410
301 W. Preston Street
Baltimore, Maryland 21201
(410) 767-1562

ATTORNEY FOR THE
COMPTROLLER OF MARYLAND

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of July, 2010, I electronically noticed through the ECF system or mailed, postage prepaid, copies of the foregoing Motion for Allowance of Administrative Expense and the attached Order, to the parties listed below.

Mark A. Ominsky, Esq.
1777 Reistertown Road
Suite 360 E
Baltimore, MD 21208

Trustee Gary A. Rosen, Esq.
One Church Street
Suite 802
Rockville, MD 20850

Office of the U.S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

and to the twenty largest unsecured creditors.

        /s/
_____
Kimberly B. Stephens

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**ADMINISTRATIVE EXPENSE CLAIM**
**(SOUTHERN DIVISION)**

IN RE                                    *

Dorsey Management, LLC                   *    Case No: 09-27444
T/A Stonefish Grill

    Debtor                             *    Chapter 11 to Chapter 7

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ADMINISTRATIVE EXPENSE CLAIM**

|  | TAX | INTEREST | PENALTY | TOTAL |
|---|---|---|---|---|
| **Sales & Use** | $15,000.00 | $81.00 | $750.00 | $15,831.00 |
| Periods: 11/09 through 12/09 | | | | |
| Estimates: $7,500.00 per month | | | | |
| **Withholding** | | | | |
| **TOTAL** | **$15,000.00** | **$81.00** | **$750.00** | **$15,831.00** |

**CR: 13534714**